1   EUGENE J. EGAN (State Bar No. 130108)             JS - 6
    PAUL HANNA (State Bar No. 222012)
2   MANNING & MARDER
    KASS, ELLROD, RAMIREZ LLP
3   15th Floor at 801 Tower
    801 South Figueroa Street
4   Los Angeles, CA 90017
    Telephone: (213) 624-6900
5   Facsimile:  (213) 624-6999

6   Attorneys for Defendant TARGET CORPORATION

7

8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 CINDY GUNN, | ) | CASE NO.: CV08-05313 CAS (SSx) |
| 12                Plaintiff, | ) ) ) | LASC CASE NO. PC043009 |
| 13       v. | ) ) | **[PROPOSED] ORDER** |
| 14 TARGET CORPORATION, and DOES 1 | ) ) | **GRANTING REMAND FROM DISTRICT COURT TO LOS** |
| 15 to XX, Inclusive, | ) ) | **ANGELES SUPERIOR COURT** |
| 16            Defendants. | ) ) | |
| 17 _____ | ) | **Complaint Filed:      6/11/08** |

18

19       The Joint Stipulation of Defendant TARGET CORPORATION and Plaintiff

20 CINDY GUNN for Remand to the Los Angeles County Superior Court has been fully

21 considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is

22 GRANTED for the reasons set forth therein.  This matter is hereby remanded to the

23 Los Angeles County Superior Court.

24

25 Dated: August 20, 2008       _____
                              UNITED STATES DISTRICT JUDGE

26

27

28

CV08-5313Order01.wpd                       -1-